1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PROPERTY CASUALTY INS. CO. OF HARTFORD, ) ) | Case No. 2:15-cv-01678-JAD-CWH |
| Plaintiff, ) ) | **ORDER** |
| vs. ) ) | |
| A.O. SMITH CORP., ) ) | |
| Defendant. ) ) | |

Pursuant to Local Rule 26-8, discovery-related documents are not to be filed unless ordered by the Court.  No such order has been entered by the Court in the instant case.  Further failure to abide by this order and Local Rule 26-8 may result in sanctions pursuant to, inter alia, Local Rule IA 4-1; Fed. R. Civ. P. 16(f).

Accordingly, **IT IS HEREBY ORDERED** that the Clerk of Court shall **strike** Plaintiff's recently filed Notice of Conference (doc. # 11) from the record.

DATED: September 23, 2015

_____

**C.W. Hoffman, Jr.**
**United States Magistrate Judge**