# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PROPERTY CASUALTY INS. CO. OF HARTFORD,<br><br>                Plaintiff,<br><br>vs.<br><br>A.O. SMITH CORP.,<br><br>                Defendant. | Case No. 2:15-cv-01678-JAD-CWH<br><br>**ORDER** |

      Pursuant to Local Rule 26-8, discovery-related documents are not to be filed unless ordered by the Court.  No such order has been entered by the Court in the instant case.  Failure to abide by this order and Local Rule 26-8 may result in sanctions pursuant to, <u>inter alia</u>, Local Rule IA 4-1; Fed. R. Civ. P. 16(f).

      The Court notes that Plaintiff has violated Local Rule 26-8 a second time by filing the instant notice.  <u>See</u> Doc. # 24.  Any further violations will subject Plaintiff and counsel to sanctions.

      Accordingly, **IT IS HEREBY ORDERED** that the Clerk of Court shall **strike** Plaintiff's recently filed Notice of Service of Documents (doc. # 24) from the record.

      **IT IS FURTHER ORDERED** that further violations of Local Rule 26-8 will subject Plaintiff and counsel to sanctions.

DATED: March 1, 2016

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**