# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PROPERTY CASUALTY INSURANCE COMPANY OF HARTFORD, | Case No. 2:15-cv-01678-JAD-CWH |
| Plaintiff, | |
| v. | **ORDER** |
| A.O. SMITH CORPORATION, et al, | |
| Defendants. | |

Presently before the Court are Plaintiff's supplemental responses to Defendant's first set of interrogatories (ECF No. 52), filed on July 18, 2016. The same document (ECF No. 53) was filed a second time on the same date.

Plaintiff represents that the documents were filed in error, and the Court granted Plaintiff's motion for leave to file a corrected document. (Order (ECF No. 53)).

IT IS THEREFORE ORDERED that the Clerk of Court must STRIKE ECF Nos. 52 and 53, detach Exhibit A from ECF No. 54, and docket it as a response to ECF No. 49.

DATED: July 25, 2016.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge