Kenneth W. Maxwell, Esq.
Nevada Bar No. 9389
Micah K. Mtatabikwa-Walker, Esq.
Nevada Bar No. 13731
BAUMAN LOEWE WITT & MAXWELL, PLLC
3650 North Rancho Drive
Suite 114
Las Vegas, Nevada 89130
Telephone:   (702) 240-6060
Facsimile:   (702) 240-4267
Email: kmaxwell@blwmlawfirm.com
          mmtatabikwa-walker@blwmlawfirm.com

Attorneys for Plaintiff
PROPERTY CASUALTY INSURANCE
COMPANY OF HARTFORD

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PROPERTY CASUALTY INSURANCE COMPANY OF HARTFORD,<br><br>Plaintiff,<br><br>vs.<br><br>A.O. SMITH CORPORATION, a Delaware corporation.<br><br>Defendants. | Case No.:   2:15-cv-01678-JAD-CWH<br><br>**NOTICE OF SUBSTITUTION WITHIN FIRM**<br><br>Honorable Judge Jennifer A. Dorsey |

**NOTICE OF SUBSTITUTION WITHIN FIRM**

TO:    CLERK OF THE ABOVE ENTITLED COURT; AND

TO:    ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

/ / /

/ / /

/ / /

1  PLEASE TAKE NOTICE that effective immediately, Micah K. Mtatabikwa-Walker, Esq.
2  of the law offices of BAUMAN LOEWE WITT & MAXWELL, PLLC, has replaced Justin M.
3  Brandt, Esq. as handling attorney and counsel for Plaintiff, Property Casualty Insurance Company
4  of Hartford.

5  Dated this 30th day of September, 2016.

**BAUMAN LOEWE WITT & MAXWELL, PLLC**

By:   */s/ Micah K. Mtatabikwa-Walker*
    Kenneth W. Maxwell, Esq.
    Nevada Bar No. 9389
    Micah K. Mtatabikwa-Walker, Esq.
    Nevada Bar No. 13731
    3650 North Rancho Drive
    Suite 114
    Las Vegas, Nevada 89130
    Attorneys for Plaintiff
    PROPERTY CASUALTY INSURANCE
    COMPANY OF HARTFORD

IT IS SO ORDERED.

DATED: October 3, 2016

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

2644431v1

# **CERTIFICATE OF SERVICE**

Pursuant to F.R.C.P. 5(b), I hereby certify that I am an employee of Bauman Loewe Witt & Maxwell, PLLC and that on this 30th day of September, 2016, I caused to be served a copy of the foregoing, **NOTICE OF SUBSTITUTION WITHIN FIRM,** on the parties set forth below by Electronic Service only:

KRISTEN T. GALLAGHER, ESQ.
AMANDA M. PERACH, ESQ.
2300 WEST SAHARA AVE., STE. 1200
LAS VEGAS, NV 89102
TEL: 702.873.4100
FAX: 702.873.9966
KGALLAGHER@MCDONALDCARANO.COM
APERACH@MCDONALDCARANO.COM
*ATTORNEY FOR DEFENDANT*
*A.O. SMITH CORPORATION*

LUCIAN J. GRECO JR., ESQ.
1160 N. TOWN CENTER DR., STE. 250
LAS VEGAS, NV 89144
TEL: 702.258.6665
FAX: 702.258.6662
LGRECO@BREMERWHYTE.COM
*ATTORNEY FOR DEFENDANT*
*LY, INC. DBA RESIDENTIAL SERVICE CENTER*

/s/__*April Quintana*_____
An Employee of
Bauman Loewe Witt & Maxwell, PLLC

2644431v1