# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Property Casualty Insurance Company of Hartford, <br><br> Plaintiff <br><br> v. <br><br> A.O Smith Corporation; L.Y. Inc., dba Residential Service Center, <br><br> Defendants | Case No.: 2:15-cv-01678-JAD-CWH <br><br> **Order Granting Unopposed Motion for Determination of Good Faith Settlement, Denying All Other Pending Motions As Moot, and Vacating 2/24/17 hearing** <br><br> ECF Nos. 65, 78, 83 |

In this coverage dispute, LY, Inc., DBA Residential Service Center moves for a determination that its $5,000 settlement with the plaintiff was entered in good faith, entitling LY to the protections of NRS 17.245. Although A.O. Smith originally opposed the motion,[1] it too has now settled with Hartford, so it withdrew its opposition,[2] leaving this motion for good-faith-settlement determination unopposed. Having reviewed the motion and its exhibits, and finding good cause and that the factors articulated by the Nevada Supreme Court in *Velsicol Chemical v. Davidson*[3] balance in favor of concluding that the LY settlement was entered in good faith, IT IS HEREBY ORDERED that LY, Inc.'s Motion for Good Faith Settlement Determination **[ECF No. 65] is GRANTED. All claims against LY, Inc. are DISMISSED with prejudice**, and the **hearing on this motion scheduled for February 24, 2017, is VACATED.**

A.O. Smith and Hartford's settlement moots all other pending motions, so **I deny them [ECF No. 78, 83]** as moot and without prejudice to the parties' ability to refile these motions in the

. . .

---

[1] *See* ECF No. 67.

[2] ECF No. 85.

[3] *Velsicol Chemical v. Davidson*, 811 P.2d 561, 563 (Nev. 1991).

event that the settlement is not completed.  A.O. and Hartford have until February 28, 2017, to file a stipulation and order dismissing the remaining claims.

DATED: February 13, 2017

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE