KRISTEN T. GALLAGHER (NSBN 9561)
AMANDA M. PERACH (NSBN 12399)
McDONALD CARANO WILSON LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada  89102
Telephone: 702.873.4100
kgallagher@mcdonaldcarano.com
aperach@mcdonaldcarano.com

*Attorneys for Defendant A. O. Smith Corporation*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PROPERTY CASUALTY INSURANCE COMPANY OF HARTFORD,<br><br>Plaintiff,<br><br>vs.<br><br>A.O. SMITH CORPORATION, a Delaware corporation; and L.Y. Inc., doing business as Residential Service Center, a Nevada corporation, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-01678-JAD-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF No. 88 |

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff Property Casualty Insurance Company of Hartford ("Hartford") and Defendant A. O. Smith Corporation ("A.O. Smith") through their respective counsel of record, hereby jointly stipulate to the dismissal with prejudice of all claims asserted in this action against A.O. Smith and dismissal of this action in its entirety.

…

…

…

…

…

…

…

1  Each party shall bear its respective fees and costs.

2  DATED this 27th day of February, 2017.

| McDONALD CARANO WILSON LLP | BAUMAN LOEWE WITT & MAXWELL |
|---|---|
| By: /s/  Amanda M. Perach<br>Kristen T. Gallagher, Esq.<br>Amanda M. Perach, Esq.<br>2300 W. Sahara Avenue, Suite 1200<br>Las Vegas, NV 89102<br>kgallagher@mcdonaldcarano.com<br>aperach@mcdonaldcarano.com<br><br>*Attorneys for Defendant A. O. Smith Corporation* | By: /s/  Micah Mtatabikwa-Walker<br>Kenneth W. Maxwell, Esq.<br>Micah Mtatabikwa-Walker, Esq.<br>3650 N. Rancho Drive, Suite 114<br>Las Vegas, NV 89130<br>kmaxwell@blwmlawfirm.com<br>mwalker@blwmlawfirm.com<br><br>*Attorneys for Plaintiff Property Casualty Insurance Company of Hartford* |

**ORDER**

Based on the parties' stipulation [ECF No. 88] and good cause appearing, IT IS HEREBY ORDERED that this action is DISMISSED in its entirety with prejudice, each party to bear its own fees and costs.  The Clerk of Court is directed to CLOSE THIS CASE.

_____
UNITED STATES DISTRICT JUDGE
DATED:  2-27-17